IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY ALLEN LEMAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 07-1082 (RJL) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, | ) |
| FIREARMS & EXPLOSIVES, et al., | ) |
| | ) |
| Defendants. | ) |

**FOUR FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
IN WHICH TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendants, the Federal Bureau of Investigation ("FBI"), the Federal Bureau of Prisons ("BOP"), the Internal Revenue Service ("IRS"), and the United States Marshals Service ("USMS") hereby file their Motion for an Extension of Time in Which to Respond to the Complaint. Defendants seek an extension up to and including October 1, 2007. In support of this motion, defendants assert the following:

1. Plaintiff filed his Complaint in this Court on June 18, 2007. Plaintiff's complaint concerns ten (10) separate requests he submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to ten (10) separate federal agencies.

2. On July 24, 2007, the ten named defendants filed a motion for an extension of time to respond to the complaint. [Docket Entry No. 9]. This motion was granted by the Court and required the defendants to respond to plaintiff's complaint on or before September 24, 2007. [Minute Order dated July 25, 2007].

3. On September 20, 2007, six of the named defendants filed a motion for dismissal,

or in the alternative, for summary judgment. [Docket Entry No. 10]. While the remaining four defendants also anticipate moving for dismissal and/or summary judgment regarding plaintiff's complaint, additional time is required to finalize their response. Therefore, the four defendants are seeking an additional week in which to finalize their response to plaintiff's complaint.

4. Because the pro se plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this motion.[1]

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Four Federal Defendants' Motion for an Extension of Time in Which to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Anthony Allen Lemay
R 18194-058
Big Sandy
United States Penitentiary
Inmate Mail/Parcels
P.O. Box 2068
Inez, KY 41224

on this 21st day of September, 2007.

/s/
MICHELLE N. JOHNSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY ALLEN LEMAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 07-1082 (RJL) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, | ) |
| FIREARMS & EXPLOSIVES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter having come before this Court on the Four Federal Defendants' Motion for an Extension of Time in Which to Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants FBI, BOP, IRS and USMS shall file their response to Plaintiff's complaint on or before October 1, 2007.

**SO ORDERED** this _____ day of _____, 200__.

_____
RICHARD J. LEON
United States District Court Judge