UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

| | |
|---|---|
| ANTHONY ALLEN LEMAY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1082 (RJL) |
| ) | |
| BUREAU OF ALCOHOL TOBACCO ) | |
| FIREARMS AND EXPLOSIVES *et al.*, ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER

This matter, brought under the Freedom of Information Act, 5 U.S.C. § 552, against multiple agencies and agency components, is before the Court on two separate motions to dismiss or for summary judgment. By Order of October 9, 2007, plaintiff was advised to respond to each motion by November 15, 2007, or risk the Court's treating the motions as conceded and dismissing the case. Plaintiff has not opposed the motions or sought additional time to do so. Accordingly, it is this 18th day of January 2008,

**ORDERED** that defendants' motions to dismiss [Dkt. Nos. 10, 12] are **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge

